# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RENEE DISPARTI,

    Plaintiff,

v.                                      CASE NO.  8:17-cv-557-T-26JSS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

**UPON DUE CONSIDERATION** of the Notice of Voluntary Dismissal (Dkt. 20), it is **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED with prejudice**.  The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on April 5, 2018.

                                                s/*Richard A. Lazzara*
                                               **RICHARD A. LAZZARA**
                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record